**Lori IRISH, Petitioner–Appellant**

v.

**N.C. ENGLISH, Warden, Respondent–Appellee.**

**No. 11–3520.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 14, 2012.

Filed: Sept. 25, 2012.

Lori Irish, Waseca, MN, pro se.

Gregory G. Brooker, Mary J. Madigan, U.S. Attorney's Office, Minneapolis, MN, for Respondent–Appellee.

Before BYE, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Lori Irish appeals the district court's[1] denial of her 28 U.S.C. § 2241 petition, in

---

1. The Honorable Michael J. Davis, Chief Judge, United States District Court for the

District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J.

which she challenged the Bureau of Prisons' denial of her request for a 12–month placement in a Residential Reentry Center (RRC). The appeal is moot, however, because Irish was transferred to an RRC during the pendency of this appeal, and thus the court can no longer grant her the relief she requested. *See Calderon v. Moore*, 518 U.S. 149, 150, 116 S.Ct. 2066, 135 L.Ed.2d 453 (1996) (per curiam) (when event occurs during pendency of appeal that renders it impossible for court to grant effective relief, court should dismiss appeal as moot). Accordingly, this appeal is dismissed.

Keyes, United States Magistrate Judge for the